➦AO 245D   (Rev. 12/03) Judgment in a Criminal Case for Revocations
           Sheet 1

# UNITED STATES DISTRICT COURT

<u>                EASTERN               </u>   District of   <u>               ARKANSAS               </u>

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| SHAUN WHITE | Case Number: 4:06cr00236-01 JMM |
|  | USM Number: 31184-044 |
|  | Lisa Peters |
|  | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)  <u>General, Special & General 2 & 6</u>  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| Special | Failure to participate in a drug or alcohol abuse treatment program | 9/29/2006 |
| General | Failure to refrain from any unlawful use of a controlled substance | 8/4/2006 |
| General #2 | Failure to submit monthly supervision reports | 11/9/2006 |
| General #6 | Failure to notify probation officer of change in residence | approx 10/27/2006 |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JAN 16 2007
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

        The defendant is sentenced as provided in pages 2 through   <u>  2  </u>   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

        It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| Defendant's Soc. Sec. No.: ***-**8835 | January 12, 2007 |
|---|---|
| Defendant's Date of Birth: **/**/1980 | Date of Imposition of Judgment |
|  | _James M. Moody_ (signature) |
|  | Signature of Judge |
| Defendant's Residence Address: |  |
| Redacted Pursuant to JCUS Policy | James M. Moody |
|  | UNITED STATES DISTRICT JUDGE |
|  | Name and Title of Judge |
|  | Jan 16, 2007 |
|  | Date |
| Defendant's Mailing Address: |  |
| Redacted pursuant to JCUS Policy |  |

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

|  |  |
|---|---|
| DEFENDANT: | SHAUN WHITE |
| CASE NUMBER: | 4:06cr00236-01 JMM |

Judgment — Page  2  of  2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :    eight (8) months
Texas.

X    The court makes the following recommendations to the Bureau of Prisons:
      Defendant shall serve his term of imprisonment at Texarkana,

X    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

   ☐   at _____   ☐ a.m.   ☐ p.m.   on _____ .

   ☐   as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐   before 2 p.m. on _____ .

   ☐   as notified by the United States Marshal.

   ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

   Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL